UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81446-CV-MIDDLEBROOKS

GARFIELD SPENCE,

    Plaintiff,

v.

POR NADA, INC. and TAHIA S. AYESH,

    Defendants.
_____/

### ORDER APPROVING CONSENT DECREE AND CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice, filed December 23, 2016. (DE 21). The Court has carefully considered the Consent Decree (DE 21-1), and is otherwise fully advised in this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that:

1. The Court hereby **APPROVES** the Consent Decree (DE 21-1).

2. The Clerk of Court shall **CLOSE this case and DENY all pending motions as MOOT.**

3. The Court retains jurisdiction to enforce the Consent Decree for sixty days.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 28th day of December, 2016.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record